IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL ROWE,

        Plaintiff,

    v.

DR. LEIGHTON, et al.,

        Defendants.

/

No C-14-2215 TEH (PR)

ORDER GRANTING EXTENSION OF TIME TO FILE MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

(Dkt. 5)

      Good cause appearing, Plaintiff's motion for an extension of time to file an In Forma Pauperis ("IFP") Application is GRANTED. Petitioner must file a complete IFP Application no later than twenty-eight (28) days from the date this Order is filed.  In the alternative, Plaintiff may pay the $400.00 filing fee in the same time provided.

      Failure to file a timely response in accordance with this order by filing a complete IFP Application or by paying the filing fee will result in the dismissal of this action without further notice to Plaintiff.

      This order terminates docket number 5.

      IT IS SO ORDERED.

DATED    *06/18/2014*

THELTON E. HENDERSON
United States District Judge